IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David Sherman, et al., | NO. C 09-02779 JW |
| Plaintiffs,<br>v. | **ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION** |
| Washington Mutual, et al., | |
| Defendants. | |

On September 25, 2009, the Court issued an Order Adopting Magistrate Judge's Report and Recommendation; Dismissing the Case with leave to amend. (hereafter, "Order," Docket Item No. 15.) The Court ordered that on or before **October 5, 2009**, Plaintiffs shall notify the Court of their current mailing address. (Id.) More importantly, the Court ordered that any Amended Complaint "shall" be filed on or before **October 13, 2009.** (Id.) The Court warned Plaintiffs that failure to comply with the terms of that Order "may result in sanctions, including (1) dismissal with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute, (2) dismissal without prejudice under Civil Local Rule 3-11(b) for failure to notify the Court of a change of address, or (3) an order expunging the lis pendens." (Id. at 2.)

To date, the Court has neither been notified of Plaintiffs' current mailing address or received Plaintiffs' Amended Complaint. Accordingly, the Court hereby orders Plaintiffs to appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **November 16, 2009 at 9:00 a.m.** to show cause, if any, by actual appearance in Court, and by certification filed with the Court on or before **November 6, 2009**, ten days prior to appearance date,

why this case should not be dismissed for failure to prosecute. The certificate shall set forth in factual summary the reason Plaintiffs have not complied with the Court's Order and what steps Plaintiffs are taking to pursue the action, its present status and the expected future course of the cause.

Failure to comply with this Order is sufficient ground for dismissal for lack of prosecution pursuant to Fed. R. Civ. P. 41(b).

Dated: October 16, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

William Guy Malcolm bill@mclaw.org

David & Doris Sherman
708 North Gravenstein Highway, #345
Sebastopol, CA 95472

| | |
|---|---|
| **Dated:  October 16, 2009** | **Richard W. Wieking, Clerk** |
| | **By:     /s/ JW Chambers**<br>        **Elizabeth Garcia**<br>        **Courtroom Deputy** |

**United States District Court**
For the Northern District of California