**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| David B. Sherman, et al., | NO. C 09-02779 JW |
| Plaintiffs, v. | **ORDER OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(b) FOR LACK OF PROSECUTION** |
| Washington Mutual, et al., | |
| Defendants. | |

Plaintiffs filed this action in the Superior Court of the State of California, in and for the County of Santa Cruz, on March 19, 2009. (See Docket Item No. 1.) Defendants removed the action to federal court on June 23, 2009. (Id.) On August 6, 2009 and August 14, 2009, mail sent to Plaintiffs from the Court was returned as undeliverable. (See Docket Item Nos. 9, 10.)

On September 25, 2009, the Court issued an Order Adopting Magistrate Judge's Report and Recommendation; Dismissing the Case with leave to amend. (hereafter, "Order," Docket Item No. 15.) The Court ordered that on or before October 5, 2009, Plaintiffs shall notify the Court of their current mailing address. (Id.) The Court also ordered that any Amended Complaint "shall" be filed on or before October 13, 2009. (Id.) The Court warned Plaintiffs that failure to comply with the terms of that Order "may result in sanctions, including (1) dismissal with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute, (2) dismissal without prejudice under Civil Local Rule 3-11(b) for failure to notify the Court of a change of address, or (3) an order expunging the lis pendens." (Id. at 2.)

On October 16, 2009, the Court issued an Order to Show Cause re: Dismissal for Lack of Prosecution. (Docket Item No. 16.) In its Order, the Court ordered Plaintiffs to file a certification with the Court on or before November 6, 2009 setting forth a factual summary of the reason Plaintiffs have not complied with the Court's Order and what steps Plaintiffs are taking to pursue the action, its present status and the expected future course of the cause. (Id.) The Court warned that "[f]ailure to comply with any part of this Order is sufficient ground for dismissal for lack of prosecution pursuant to Fed. R. Civ. P. 41(b)." (Id.)

To date, Plaintiffs have failed to file the appropriate certificate or otherwise communicate with the Court. It appears that Plaintiffs have abandoned this litigation. Accordingly, the Court DISMISSES this action pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution. This dismissal is on the merits.

Dated: November 12, 2009

JAMES WARE
United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 William Guy Malcolm bill@mclaw.org

4 David & Doris Sherman
708 North Gravenstein Highway
Sebastopol, CA 95472

7 **Dated:  November 12, 2009**                              **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers**
         **Elizabeth Garcia**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California